# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHINEYEZE DORSLA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIV-2017-119-M |
| | ) |
| DOLESE BROS. CO., | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), Plaintiff Chineyeze Dorsla, hereby dismisses his claims in the above styled and numbered action with prejudice.

**IT IS STIPULATED AND AGREED** by and among all parties who have appeared in the above-captioned cause of action of Plaintiff, Chineyeze Dorsla against Dolese Bros. Co., is hereby dismissed with prejudice against filing of a future action thereon as to the Defendant. The parties further stipulate and agree that the parties' shall bear their own attorneys' fees and costs.

**RESPECTFULLY SUBMITTED THIS 22nd DAY OF AUGUST, 2017.**

>  */s/Christa R. Uhland*
>  Christa R. Uhland, OBA #30934
>  Mazaheri Law Firm, PLLC
>  3445 W. Memorial Rd. Ste. H
>  Oklahoma City, OK 73134
>  Telephone:   405-414-2222
>  Facsimile:   405-607-4358
>  christa@mazaherilaw.com
>  *Attorney for Plaintiff*

*/s/ Byrona J. Maule*
Byrona J. Maule, OBA # 16159
*(signed by filing attorney
with permission of counsel)*
Lauren Symcox Voth, OBA #21902
PHILLIPS MURRAH P.C.
Corporate Tower, Thirteenth Floor
101 North Robinson
Oklahoma City, Oklahoma  73102
Telephone:  405-235-4100
Facsimile:  405-235-4133
bjmaule@phillipsmurrah.com
lsvoth@phillipsmurrah.com

A*ttorney for Defendant Dolese Bros. Co*